UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| MARK VILLENEUVE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 09-13-B-W |
| | ) | |
| CONNECTICUT, STATE OF, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER AFFIRMING THE
### RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on April 8, 2009 her Recommended Decision. The Plaintiff filed his objections to the Recommended Decision on April 9, 2009. I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED.

2. It is further ORDERED that the Motion for Preliminary Injunction (Docket # 17) be and hereby is DENIED.

3. It is further ORDERED that the Motion for Order on Motion for Preliminary Injunction (Docket # 28) be and hereby is DENIED.

4. It is further ORDERED that the Emergency Motion for Order on Motion for Preliminary Injunction (Docket # 30) be and hereby is DENIED.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 9th day of April, 2009