UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| MARK VILLENEUVE, )<br>)<br>　　　　Plaintiff, )<br>　v. )　　　Civil No.  09-13-P-S<br>)<br>STATE OF CONNECTICUT, et al., )<br>)<br>　　　　Defendants. ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

　　Before the Court is the Magistrate Judge's Recommended Decision (Docket No. 63) filed May 29, 2006.  Having received no objections and having reviewed Plaintiff's Notice of Stipulation with Recommended Judgment on Order to Show Cause (Docket # 65), the Recommended Decision is AFFIRMED.

　　Accordingly, it is ORDERED that the claims against Sandra Cunningham, Richard Florentine, Michael Bowler, Frances Mickelson-Dera, John Mastropietro and Gregory Benoit be and hereby are DISMISSED WITHOUT PREJUDICE.

　　　　　　　　　　　　　　　　　　　　　　　　　 /s/ George Z. Singal
　　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge

Dated this 22nd day of June, 2009.